IN THE UNITED STATES
DISTRICT COURT
CENTRAL DISTRICT
OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　　vs.<br><br>CAROL A. JOHNSON AND<br>IRWIN UNION BANK AND TRUST<br><br><br><br>　　　　Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　　Case No. CV   06-2027 |

## NOTICE OF FORECLOSURE

　　　The undersigned certifies that the above entitled mortgage foreclosure action was filed on __February 7__, 200.6 and is now pending.

(i)　　The names of all plaintiffs and the case number are identified above.

(ii)　　The court in which said action was brought is identified above.

(iii)　　The name(s) of the title holder(s) of record are: CAROL A. JOHNSON

(iv)　　The legal description of the real estate sufficient to identify it with reasonable certainty is as follows:

　　　Lot One (1) in Block Five (5) in Land Company's Addition to Gibson, situated in the City of Gibson, County of Ford and State of Illinois

　　　PIN No. 09-11-11-406-007

(v)　　A common address or description of the location of the real estate is as follows:
　　　201 S. Melvin, Gibson City, IL 60936

(vi)　　An identification of the mortgage sought to be foreclosed is as follows:

　　　Name of mortgagor(s):　　　CAROL A. JOHNSON AND
　　　　　　　　　　　　　　　　　　KEVIN E. JOHNSON

　　　Name of mortgagee:　　　United States of America, United States
　　　　　　　　　　　　　　　　Department of Agriculture

　　　Date(s) of mortgage(s):　　　January 5, 1999

|  |  |
|---|---|
| Date(s) of recording: | January 5, 1999 |
| County where recorded: | Ford County, Illinois |
| Recording document identification: | Recorded as Doc. No. 211028 |

UNITED STATES OF AMERICA, Plaintiff

RODGER A. HEATON
United States Attorney

PREPARED BY:

By: s/David H. Hoff
David H. Hoff, IL Bar No. 1234072
Assistant United States Attorney
Urbana Federal Bldg. & U.S. Courthouse
201 S. Vine, Ste. 226
Urbana, Illinois 61801
Telephone No. 217-373-5875
Fax No. 217-373-5891
david.hoff@usdoj.gov

This instrument was prepared by David H. Hoff, Assistant U. S. Attorney, Urbana Federal Bldg. & U.S. Courthouse, 201 S. Vine, Ste. 226, Urbana, IL 61801.