COPY

OAO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

CENTRAL _____ District of ILLINOIS _____

UNITED STATES OF AMERICA,

V.

CAROL A. JOHNSON and IRWIN UNION BANK AND
TRUST

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-2027

TO: (Name and address of Defendant)

Carol A. Johnson
403 N. West Street
Plano, IL 60545

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David H. Hoff, AUSA
201 S. Vine Street, Suite 226
Urbana, IL 61802

an answer to the complaint which is served on you with this summons, within _____ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters _____
CLERK

5/4/06
_____
DATE

s/S. Porter _____
(BY) DEPUTY CLERK