2897  Andrew

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 06-2027 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| CAROL A. JOHNSON, et al. | Summons & Complaint |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Carol A. Johnson

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 403 N. West Street, Plano, IL 60545

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

DAVID H HOFF AUSA
201 S VINE STREET SUITE 226
URBANA IL 61802

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

**FILED**
JUL 14 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: 217/373-5875   DATE 5/4/06   4/10/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. A26 | District to Serve No. 24 | Signature of Authorized USMS Deputy or Clerk | Date 5/9/6 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service 6-20-06   Time 4:35 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 225 | $48.14 | $8.00 | $281.14 | | | |

REMARKS:
5/12/6 - Logged in & forwarded in JDIS
6/20/06 MOVED AROUND 3 YEARS AGO, NO FORWARDING ADDRESS

116 MILES  5 HOURS

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

OAO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

CENTRAL District of ILLINOIS

UNITED STATES OF AMERICA,

V.

CAROL A. JOHNSON and IRWIN UNION BANK AND TRUST

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-2027

TO: (Name and address of Defendant)

Carol A. Johnson
403 N. West Street
Plano, IL 60545

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David H. Hoff, AUSA
201 S. Vine Street, Suite 226
Urbana, IL 61802

an answer to the complaint which is served on you with this summons, within _____ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters                                    5-4-2006
CLERK                                               DATE

s/S. Porter
(BY) DEPUTY CLERK