E-FILED
Thursday, 25 January, 2007  03:32:33 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 06-2027 |
| CAROL A. JOHNSON and IRWIN UNION BANK AND TRUST, | ) | |
| Defendants. | ) | |

**MOTION TO ADD UNKNOWN OWNERS AND NON-RECORD
CLAIMANTS AS PARTIES DEFENDANT AND FOR ORDER FOR
<u>SERVICE OF DEFENDANTS BY PUBLICATION</u>**

Plaintiff in the above-entitled cause says that this is an action to enforce the lien

upon real property situated in this district and described as follows, to wit:

Lot One (1) in Block Five (5) in Lane Company's Addition to Gibson,
situated in the City of Gibson, County of Ford, and State of Illinois,

and that CAROL A. JOHNSON, UNKNOWN OWNERS and NON-RECORD

CLAIMANTS, defendants in this suit, cannot be found in the State of Illinois in which

this suit has been commenced.

The plaintiff further says that personal service outside of that State is not

practicable for the reason that it has no knowledge as to the residence of said

defendants or where they can be found, although, plaintiff has made diligent efforts to

learn the whereabouts of the defendants, as more fully appears from the Declaration of

David H. Hoff, Assistant United States Attorney, attached hereto and made a part

hereof.

WHEREFORE, plaintiff United States of America moves this Court to enter an order for publication in a newspaper for a time to be designated by this Court not less than three (3) successive weeks pursuant to Rule 4 of the Federal Rules of Civil Procedure and 735 ILCS §§ 5/2-206 and 5/2-207.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

BY:    s/ David H. Hoff
DAVID H. HOFF, Bar No. 1234072
Assistant United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone:  217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov

2

CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of January 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants at their last known addresses:

Carol A. Johnson
403 N. West Street
Plano, IL 60545

Irwin Union Bank and Trust
1717 E. College Parkway
Carson City, NV 89706

s/David H. Hoff
DAVID H. HOFF, Bar No. IL 1234072
Attorney for Plaintiff
Assistant United States Attorney
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Phone:  217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov

3

**E-FILED**
Thursday, 25 January, 2007  03:33:11 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 06-2027 |
| | ) | |
| CAROL A. JOHNSON and IRWIN UNION BANK AND TRUST, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION IN  SUPPORT OF MOTION TO ADD AS PARTIES
DEFENDANT UNKNOWN OWNERS AND NON-RECORD CLAIMANTS
<u>AND FOR SERVICE OF DEFENDANTS BY PUBLICATION</u>**

I, David H. Hoff, the Assistant United States Attorney, assigned to this case

hereby states in support of the United States Motion To Add as Parties Defendant

Unknown Owners and Non-Record Claimants and for Service of Defendants by

Publication that:

1. On January 5, 1999, the defendant and her then spouse, Kevin E. Johnson,

executed as mortgagors the mortgage and promissory note that are referenced in the

United States' complaint for foreclosure filed in this case on February 7, 2006.

2.  Pursuant to records provided by Rural Development, the undersigned

attempted service on the defendant at her last known address, 403 N. West Street,

Plano, Illinois.  Mail delivered to that address was returned marked "Not Deliverable as

Addressed" and was returned.

3.  On May 4, 2006, a Summons was issued to Carol A. Johnson and personal service was attempted by the U.S. Marshals Service on June 20, 2006.  Notes on the USM-285 indicate that the defendant had "moved around 3 years ago" and the summons was returned unexecuted.

4.  Due to the fact that the plaintiff cannot determine the current whereabouts for Carol A. Johnson or determine whether Carol A. Johnson is alive or deceased, it is necessary to add as parties defendant UNKNOWN OWNERS and NON-RECORD CLAIMANTS to this action.

5.  For these reasons, it is necessary to seek an order to serve by publication defendants CAROL A. JOHNSON, UNKNOWN OWNERS and NON-RECORD CLAIMANTS.

I declare under penalty of perjury that the foregoing is true and correct. Dated this 25th day of January 2007.

s/David H. Hoff_____
DAV ID H. HOFF

**E-FILED**
Thursday, 25 January, 2007  03:33:31 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 06-2027 |
| | ) | |
| CAROL A. JOHNSON, IRWIN UNION | ) | |
| BANK AND TRUST, | ) | |
| | ) | |
| Defendants. | ) | |

**AFFIDAVIT CONCERNING UNKNOWN
OWNERS AND NON-RECORD CLAIMANTS**

David H. Hoff, states, under penalty of perjury, states as follows:

1.  Deponent states that he is an Assistant United States Attorney, represents the plaintiff in this matter, and is authorized to make this Affidavit.

2.  Deponent further says that in addition to persons designated by name in the Complaint in this action, there may be other persons who may be interested in this action and who have or claim some right, title, interest or lien in, to or upon the real estate or some part thereof in this Complaint; that on belief, the name of each of such other persons so interested in this action is unknown to plaintiff and to this deponent, and upon diligent inquiry cannot be ascertained and all such persons are, therefore, made parties defendant to this action by the name and description of UNKNOWN OWNERS.

3. Deponent further says, on belief, that there are no NON-RECORD CLAIMANTS of which the plaintiff has actual notice; that the name and present or last known places of residence of NON-RECORD CLAIMANTS against the real estate and premises described in the complaint filed in this cause are unknown to the plaintiff and to this deponent or plaintiff's attorneys; that this Affidavit is filed in order to bar to the same extent as if such claimants had been a party, the interest of all NON-RECORD CLAIMANTS in the mortgaged real estate including the equitable right to redeem from the mortgage sought to be foreclosed in this cause by making said NON-RECORD CLAIMANTS parties to this action.

FURTHER, deponent sayeth not.

s/ David H. Hoff
DAVID H. HOFF
Assistant United States Attorney