E-FILED
Friday, 26 January, 2007  08:56:19 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 06-2027 |
| ) | |
| CAROL A. JOHNSON, IRWIN ) | |
| UNION BANK AND TRUST, ) | |
| UNKNOWN OWNERS and ) | |
| NON-RECORD CLAIMANTS, ) | |
| ) | |
| Defendants. ) | |

## **NOTICE OF PUBLICATION**

Notice is hereby given to CAROL A. JOHNSON, UNKNOWN OWNERS and NON-RECORD CLAIMANTS, of the complaint for foreclosure filed in the above-entitled case on February 7, 2006, and that they are named as defendants in the above-entitled case, pursuant to the provisions of Rule 4 of the Federal Rules of Civil Procedure, and the provisions of 735 ILCS 5/2-413, 735 5/15-1501, 5/15-1502, 5/2-206, 5/2-207, and that the above-entitled mortgage foreclosure suit is now pending in said court.  You, CAROL A. JOHNSON, UNKNOWN OWNERS AND NON-RECORD CLAIMANTS, are hereby notified that on January 25, 2007, an order was entered in said cause by the Honorable David G. Bernthal, United States Magistrate Judge of this Court, ordering that you shall appear in this case and plead to the complaint heretofore filed herein by filing same in the above-entitled cause with the undersigned Clerk of the United States District Court for the Central District of Illinois, 201 S. Vine Street, Urbana, Illinois 61802, on or before April 4, 2007, and in default thereof the court will proceed to a hearing and an adjudication of this cause before the court, in the same manner as if you had been served with process within the State of Illinois, and that the following information applies to said foreclosure proceeding:

(I)  The names of all plaintiffs and the case number are identified above.

(ii)  The court in which said action was brought is identified above.

(iii)  The name of the title holder of record is:   CAROL A. JOHNSON

(iv)  A legal description of the real estate sufficient to identify it with reasonable certainty is as follows:

> Lot One (1) in Block Five (5) in Lane Company's Addition to Gibson, situated in the City of Gibson, County of Ford, and State of Illinois.

(v)  A common address or description of the location of the real estate is as follows:

> 201 S. Melvin, Gibson City, Illinois

(vi)  An identification of the mortgage sought to be foreclosed is as follows:

Names of Mortgagors:   CAROL A. JOHNSON and
KEVIN E. JOHNSON

Name of mortgagee:   United States of America, United States Department of Agriculture

Date of mortgage:   January 5, 1999

Date of recording:   January 5, 1999

County where recorded:   Ford County, Illinois

Recording document identification: As Doc. No. 211028

>   JOHN M. WATERS
>   CLERK OF THE DISTRICT COURT
>   201 S. Vine Street
>   Urbana, Illinois 61802