# Pantagraph Publishing

**Gibson City Courier**
301 WEST WASHINGTON St. P.O. BOX 2907
BLOOMINGTON, ILLINOIS 61702-2907
PHONE 309-829-9000

United States Attorney's Office
201 South Vine Street, Suite 226
Urbana, IL  618023369

## Certificate of Publication

| ACCOUNT # | 47576 | DESCRIPTION | notice of foreclosure carol a. johnson |
|---|---|---|---|
| AD # | 0000686415 | SIZE | 118.00 li |
| INVOICE DATE | 3/14/2007 | TIMES | 3 |
| AMOUNT DUE | $ 265.50 | DATES APPEARED | 2/28/2007, 3/7/2007, 3/14/2007 |

*Paste Tear Sheet Here*

**The Pantagraph Publishing Co.** hereby certifies that it is now and has been for more than one year continuously, d/b/a **Gibson City Courier**, a weekly secular newspaper of general circulation in said County, printed and published in the City, County and State aforesaid, and further certifies that said newspaper has been continuously published at regular intervals weekly with more than a minimum of fifty issues per year for more than one year prior to the first publication of the notice, and further certifies that **Gibson City Courier** is a newspaper as defined by the Statutes of the State of Illinois in such cases made and provided, and further hereby certifies that a notice of which the annexed notice is a true copy, has been regularly published in said paper.

IN WITNESS WHEREOF, THE SAID PANTAGRAPH PUBLISHING CO. d/b/a **Gibson City Courier** has caused its name to be hereunto signed by its Publisher, Financial Director, Accounting Manager on this 14th day of March, 2007

By _____

**STATE OF ILLINOIS,**
**COUNTY OF FORD**  } SS:
**CITY OF GIBSON CITY**

Sworn to and subscribed before me

this _____ day of _____, 2007

The costs of advertising and proof, has been paid.

$ 265.50

By _____

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION
UNITED STATES OF AMERICA,
Plaintiff,
vs.
CAROL A. JOHNSON, IRWIN UNION BANK AND TRUST, UNKNOWN OWNERS and NON-RECORD CLAIMANTS,
Defendants.
Case No. 06-2027
NOTICE OF PUBLICATION

Notice is hereby given to CAROL A. JOHNSON, UNKNOWN OWNERS, and NON-RECORD CLAIMANTS, of the complaint for foreclosure filed in the above-entitled case on February 7, 2006, and that they are named as defendants in the above-entitled case, pursuant to the provisions of Rule 4 of the Federal Rules of Civil Procedure, and the provisions of 735 ILCS 5/2-413, 735 5/15-1501, 5/15-1502, 5/2-206, 5/2-207, and that the above-entitled mortgage foreclosure suit is now pending in said court. You, CAROL A. JOHNSON, UNKNOWN OWNERS, AND NON-RECORD CLAIMANTS, are hereby notified that on January 25, 2007, an order was entered in said cause by the Honorable David G. Bernthal, United States Magistrate Judge of this Court, ordering that you shall appear in this case and plead to the complaint heretofore filed herein by filing same in the above-entitled cause with the undersigned Clerk of the United States District Court for the Central District of Illinois, 201 S. Vine Street, Urbana, Illinois 61802, on or before April 4, 2007, and in default thereof the court will proceed to a hearing and an adjudication of this cause before the court, in the same manner as if you had been served with process within the State of Illinois, and that the following information applies to said foreclosure proceeding:

(i) The names of all plaintiffs and the case number are identified above.
(ii) The court in which said action was brought is identified above.
(iii) The name of the title holder of record is: CAROL A. JOHNSON.
(iv) A legal description of the real estate sufficient to identify it with reasonable certainty is as follows: Lot One (1) in Block Five (5) in Lane Company's Addition to Gibson, situated in the City of Gibson, County of Ford and State of Illinois.
(v) A common address or description of the location of the real estate is as follows:
201 S. Melvin, Gibson City, Illinois
(vi) An identification of the mortgage sought to be foreclosed is as follows:
Name of Mortgagors: CAROL A. JOHNSON and KEVIN E. JOHNSON
Name of mortgagee: United States of America, United States Department of Agriculture
Date of mortgage: January 5, 1999
Date of recording: January 5, 1999
County where recorded: Ford County, Illinois
Recording document identification: As Doc. No. 211028

JOHN M. WATERS
CLERK OF THE DISTRICT COURT
201 S. Vine Street
Urbana, Illinois 61802