UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 06-2027 |
| ) | |
| CAROL A. JOHNSON and IRWIN ) | |
| UNION BANK AND TRUST, ) | |
| ) | |
| Defendants. ) | |

**MOTION TO ENTER DEFAULT JUDGMENT OF FORECLOSURE**

Plaintiff, UNITED STATES OF AMERICA, moves pursuant to Title 28, United States Code, Section 1345 and Chapter 110, Section 15-1506, of the Illinois Revised Statutes, for judgment by default for the relief prayed for in the Complaint for Foreclosure of Mortgage previously filed by the plaintiff in this cause on March 20, 2000.  In support of this Motion, the United States of America states as follows:

   1.  That this Court has jurisdiction of the parties to and the subject matter of this suit.  That the defendant, Carol A. Johnson, was served by proper publication in the *Gibson City Courier*, as evidenced by the Certificate of Publication filed in this cause on March 26, 2007. That the defendant, IRWIN UNION BANK AND TRUST was personally served by the U.S. Marshals Service on May 26, 2006.  That said defendants have not answered or otherwise pleaded to said Complaint filed herein and consequently, are in default for their failure to so appear, answer, or otherwise plead in

this cause in the time and in the manner as provided by the Federal Rules of Civil Procedure and the Rules of this Court.

 2. The material factual allegations stated in said Complaint filed herein were not denied in any responsive pleading.

 3. The Sworn Affidavit of Costs and the Affidavit of Douglas Wilson, State Director, Rural Development, are attached hereto and incorporated herein.

 WHEREFORE, the UNITED STATES OF AMERICA requests that this Court enter a Default Judgment of Foreclosure against the above-named defendants.

       Respectfully submitted,

       RODGER A. HEATON
       UNITED STATES ATTORNEY

BY: s/David H. Hoff
   DAVID H. HOFF, Bar No. IL 1234072
   United States Attorney
   201 S. Vine St., Suite 226
   Urbana, IL 61802
   Phone: 217/373-5875
   Fax: 217/373-5891
   david.hoff@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 3rd day of May 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

      Irwin Union Bank and Trust Company
      1717 E. College Parkway
      Carson City, NV 89706

      s/David H. Hoff
      DAVID H. HOFF, IL Bar No. 1234072
      Assistant United States Attorney
      201 S. Vine Street, Suite 226
      Urbana, Illinois 61802
      Phone: 217/373-5875
      Fax: 217/373-5891
      david.hoff@usdoj.gov

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 06-2027 |
| CAROL A. JOHNSON and IRWIN UNION BANK AND TRUST, | ) ) ) ) |
| Defendants. | ) ) |

NOTICE OF HEARING

    PLEASE TAKE NOTICE that we will appear on the 24th day of May 2007 at 1:15 P.M., or as soon thereafter as the matter may be heard, before the Honorable Michael P. McCuskey, Court Room A, in the United States District Court, Court Room A, 201 S. Vine Street, Urbana, Illinois, and will call for hearing on Motion to Enter Default Judgment of Foreclosure and you may be present at said time if you so desire.

    DATED this 3rd day May 2007.

    Respectfully submitted,

    RODGER A. HEATON
    UNITED STATES ATTORNEY

BY:   s/David H. Hoff
       DAVID H. HOFF, Bar No. 1234072
       Assistant United States Attorney
       201 S. Vine St., Suite 226
       Urbana, IL 61802
       Phone: 217/373-5875
       Fax: 217/373-5891
       david.hoff@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on the 3rd day of May 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

    Irwin Union Bank and Trust Company
    1717 E. College Parkway
    Carson City, NV 89706

    s/ David H. Hoff
    DAVID H. HOFF
    Assistant United States Attorney
    201 S. Vine Street, Suite 226
    Urbana, Illinois 61802
    Phone:  217/373-5875
    Fax: 217/373-5891
    david.hoff@usdoj.gov

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 06-2027 |
| ) | |
| CAROL A. JOHNSON and IRWIN ) | |
| UNION BANK AND TRUST, ) | |
| ) | |
| Defendants. ) | |

DECLARATION OF MILITARY SERVICE STATUS

DAVID H. HOFF says that he is the attorney for the plaintiff in the above-entitled action; that to the best of his information and belief the defendant, Carol A. Johnson, is not an infant or incompetent person and not in the military service within the purview of the Servicemembers' Civil Relief Act of 2003.

To determine the military status of the defendant-mortgagor, the office of the undersigned attorney searched the following Defense Manpower Data Center website, https://www.dmdc. osd.mil/udpdri/owa/sscra.page by entering the mortgagor's social security number. The national database confirmed that the mortgagor is not in the military service of the United States.

I declare under penalty of perjury that the foregoing is true and correct. Dated this 2nd day of May 2007.

s/David H. Hoff_____  
DAVID H. HOFF, Bar No. 1234027  
Assistant United States Attorney  
Attorney for Plaintiff  
U.S. Attorney's Office  
201 S. Vine Street, Suite 226  
Urbana, Illinois 61802  
Ph.: 217/373-5875  
Fax: 217/373-5891  
david.hoff@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>CAROL A. JOHNSON and IRWIN )<br>UNION BANK AND TRUST, )<br>)<br>)<br>)<br>)   CASE NO. CV 06-2027<br>)<br>Defendants. ) | |

AFFIDAVIT FOR JUDGMENT

The Undersigned, having been duly sworn on oath, doth state:

1.   The undersigned states that he is the State Director for Rural Development, United States Department of Agriculture and is authorized to make this Affidavit on behalf of plaintiff.

2.   The undersigned is familiar with the material allegations contained in the Complaint for Foreclosure filed herein by plaintiff, and said allegations are true.

3.   Defendant-mortgagor is in arrears in the payments due plaintiff, as described in said Complaint, in the amount of $21,630.39 as of April 24, 2007.

4.   As of April 24, 2007, said defendant is indebted to plaintiff in the following amounts under the terms of a loan secured by mortgage described in said Complaint, in addition to plaintiff's attorney fees incurred herein which are to be fixed by this court:

| | |
|---|---|
| Unpaid Balance of Principal | $57,350.36 |
| Unpaid Balance of Interest | $ 9,248.58 |
| Subsidy Assistance Due | $ 4,509.06 |
| Late Charges | $     41.02 |
| Interest on Fees | $    422.05 |
| Fees Assessed | $ 7,216.93 |
| Court Costs Paid to Date | $    654.76 |
| Total | $79,442.76 |
| Daily Accrual | $   10.8348 |

5.   To the best of the knowledge, information and belief of the undersigned; defendant herein is not now in active duty with the military forces of the United States or Allied Nations.

### CERTIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement set forth in this instrument are true and correct, except as to matters therein states to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

_____
DOUGLAS WILSON
State Director

### ACKNOWLEDGMENT

Subscribed and sworn to before me, a notary, this 24th of April 2007.

My Commission Expires:   04/04/2011   _____
Donna M. Wiltshire, Notary

OFFICIAL SEAL
DONNA M. WILTSHIRE
Notary Public - State of Illinois
My Commission Expires Apr 04, 2011