UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 06-2027 |
| CAROL A. JOHNSON and IRWIN UNION BANK AND TRUST, | ) |
| Defendants. | ) |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that we will appear on the 24th day of May 2007 at 1:15 P.M., or as soon thereafter as the matter may be heard, before the Honorable Michael P. McCuskey, Court Room A, in the United States District Court, Court Room A, 201 S. Vine Street, Urbana, Illinois, and will call for hearing on Motion to Enter Default Judgment of Foreclosure and you may be present at said time if you so desire.

DATED this 3rd day May 2007.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

BY:   s/David H. Hoff
DAVID H. HOFF, Bar No. 1234072
Assistant United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone: 217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on the 3rd day of May 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

    Irwin Union Bank and Trust Company
    1717 E. College Parkway
    Carson City, NV 89706

    s/ David H. Hoff
    DAVID H. HOFF
    Assistant United States Attorney
    201 S. Vine Street, Suite 226
    Urbana, Illinois 61802
    Phone: 217/373-5875
    Fax: 217/373-5891
    david.hoff@usdoj.gov