E-FILED
Thursday, 03 May, 2007 03:26:56 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 06-2027 |
| CAROL A. JOHNSON and IRWIN UNION BANK AND TRUST, | ) |
| Defendants. | ) |

**DECLARATION**

DAVID H. HOFF says that he is an Assistant United States Attorney for the Central District of Illinois, and is the attorney for the plaintiff in the above-styled cause, and that he has read the foregoing Motion to Enter Default Judgment of Foreclosure and that the matters and things alleged therein are true.

I declare under penalty of perjury that the foregoing is true and correct. Dated this 3rd day of May 2007.

                                              s/David H. Hoff
                                              DAVID H. HOFF, Bar No. 1234027
                                              Assistant United States Attorney
                                              Attorney for Plaintiff
                                              U.S. Attorney's Office
                                              201 S. Vine Street, Suite 226
                                              Urbana, Illinois 61802
                                              Ph.: 217/373-5875
                                              Fax: 217/373-5891
                                              david.hoff@usdoj.gov