# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**UNITED STATES OF AMERICA,**
      **Plaintiff,**

vs.                                                                 Case Number:  **06-2027**

**CAROL A JOHNSON et al.,**
      **Defendants.**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that default judgment of foreclosure is entered in favor of the plaintiff and against the defendant.  Case is terminated.

ENTER this 25th day of May, 2007.

s/John M. Waters, Clerk
_____
JOHN M. WATERS, CLERK

s/S. Johnson
_____
BY:  DEPUTY CLERK