E-FILED
Friday, 25 May, 2007   04:41:47 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 06-2027 ) |
| CAROL A. JOHNSON and IRWIN UNION BANK AND TRUST, | ) ) ) ) |
| Defendants. | ) ) |

NOTICE OF ENTRY OF DEFAULT ORDER

You, CAROL A. JOHNSON and IRWIN UNION BANK AND TRUST, the above-named defendants, are hereby advised pursuant to 735 ILCS 5/2-1302 that on the 25th day of May 2007, United States District Judge Michael P. McCuskey entered an Order of Default against you.  The title of this lawsuit is United States of America v. CAROL A. JOHNSON and IRWIN UNION BANK AND TRUST.  The Court No. is Civil No. 06-2027 filed in the Office of the Clerk of the United States District Court for the Central District of Illinois.  The date of entry of said Order of Default against you is: May 25, 2007.  Notice of Right to Redeem:  You may redeem the property within the time and in the manner provided by law.  In this case, the United States has requested that time for redemption be shortened because (i) the value of the mortgaged real estate as of the date of the entry of the judgment was less than ninety percent (90%) of the amount specified pursuant to the Code of Civil Procedure, Chapter 11, Section 15-1603(d); and (ii) the mortgagee waives any and all rights to a personal judgment for a deficiency

against the mortgagor and against all other persons liable for the indebtedness or other obligations secured by the mortgage.

                Respectfully submitted,

                RODGER A. HEATON
                United States Attorney

BY:    s/David H. Hoff_____
        DAVID H. HOFF, Bar No. 1234027
        Assistant United States Attorney
        Attorney for Plaintiff
        U.S. Attorney's Office
        201 S. Vine Street, Suite 226
        Urbana, Illinois 61802
        Ph.:  217/373-5875
        Fax: 217/373-5891
        david.hoff@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 25th day of May 2007, I electronically filed the Notice of Entry of Default Order with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

      Irwin Union Bank and Trust Company
      1717 E. College Parkway
      Carson City, NV 89706

      s/ David H. Hoff
      DAVID H. HOFF, Bar No. 1234072
      Assistant United States Attorney
      201 S. Vine Street, Suite 226
      Urbana, Illinois 61802
      Phone: 217/373-5875
      Fax: 217/373-5891
      david.hoff@usdoj.gov