UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 06-2027 |
| CAROL A. JOHNSON and IRWIN UNION BANK AND TRUST, | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE OF**
**NOTICE OF MARSHAL'S SALE**

I hereby certify that on the 28th day of June 2007, I electronically filed the Notice of Marshals Sale with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Irwin Union Bank and Trust Company
1717 E. College Parkway
Carson City, NV 89706

s/ David H. Hoff
DAVID H. HOFF, Bar No. 1234072
Assistant United States Attorney
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Phone:  217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov