# Pantagraph Publishing

**Gibson City Courier**
301 WEST WASHINGTON St. P.O. BOX 2907
BLOOMINGTON, ILLINOIS 61702-2907
PHONE 309-829-9000

United States Attorney's Office
201 South Vine Street, Suite 226
Urbana, IL   618023369

## Certificate of Publication

| ACCOUNT # | 47576 | DESCRIPTION | marshal's sale 201 s. melvin gibson city |
|---|---|---|---|
| AD # | 0000730014 | SIZE | 128.00 li |
| INVOICE DATE | 8/1/2007 | TIMES | 4 |
| AMOUNT DUE | $ 384.00 | DATES APPEARED | 7/11/2007, 7/18/2007, 7/25/2007, 8/1/2007 |

*Paste Tear Sheet Here*

**The Pantagraph Publishing Co.** hereby certifies that it is now and has been for more than one year continuously, d/b/a **Gibson City Courier**, a weekly secular newspaper of general circulation in said County, printed and published in the City, County and State aforesaid, and further certifies that said newspaper has been continuously published at regular intervals weekly with more than a minimum of fifty issues per year for more than one year prior to the first publication of the notice, and further certifies that **Gibson City Courier** is a newspaper as defined by the Statutes of the State of Illinois in such cases made and provided, and further hereby certifies that a notice of which the annexed notice is a true copy, has been regularly published in said paper.

IN WITNESS WHEREOF, THE SAID PANTAGRAPH PUBLISHING CO. d/b/a **Gibson City Courier** has caused its name to be hereunto signed by its Publisher, Financial Director, Accounting Manager on this 1st day of August, 2007

By _[signature]_

STATE OF ILLINOIS,
COUNTY OF FORD    } SS:
CITY OF GIBSON CITY

Sworn to and subscribed before me

this ____ day of _____, 2007

The costs of advertising and proof, has been paid.

$ 384.00

_____  By  _____

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION
UNITED STATES OF AMERICA, Plaintiff,
vs.
CAROL A. JOHNSON and IRWIN UNION BANK AND TRUST, Defendants
Case No. 06-2027

**NOTICE OF MARSHAL'S SALE**

PUBLIC NOTICE is hereby given that pursuant to a judgment of foreclosure entered by the court in the above-entitled cause, the property hereinafter described or so much thereof as shall be sufficient to satisfy said judgment, will be sold to the highest bidder.

1. The name, address and telephone number of the person to contact for information regarding the real estate is:
Brian Bend
Rural Development Manager
USDA Service Center
P.O. Box 80
1510 W. Reynolds
Pontiac, IL 61764
Telephone No:
815-844-6127, Ext. 4

2. The common address and other common description, if any, of the real estate is:
201 S. Melvin,
Gibson City, Illinois

3. The legal description of the real estate is:
Lot One (1) in Block Five (5) in Land Company's Addition to Gibson, situated in the City of Gibson, County of Ford and State of Illinois.

4. The real estate may be inspected prior to sale at the following times: (Available for inspection during business hours upon reasonable advance notice to the county office listed above.)

5. The time and place of the sale are:
10:00 A.M. August 9, 2007, inside the main entrance of the Ford County Courthouse, Paxton, Illinois.

6. The terms of the sale are: 10% of purchase price payable at time and place of sale by certified check. Balance to be paid by certified check received by the United States Marshal, 100 N.E. Monroe, Room 264 Peoria, Illinois 61602, within thirty (30) days of date of said sale. If the balance is not received within said time period, the 10% payment made at time of sale shall be forfeited to the United States, the sale shall be void and a new sale shall be scheduled by the Court.

7. Title will be conveyed subject to all general real estate taxes for the years 2006 and thereafter to be paid by buyer(s), which are a lien upon the real estate, and special assessments, if any, and easements and restrictions of record. Buyer(s) shall also be responsible for payment of the real estate transfer tax (35 ILCS 200-31-45).

8. Said property is being sold at this judicial sale "AS IS" WITHOUT ANY WARRANTIES OF HABITABILITY OR ANY OTHER WARRANTIES, EITHER EXPRESS OR IMPLIED.

9. Upon receipt of the entire purchase price amount, a Certificate of Sale shall be forwarded to the Marshal for execution describing the lands and tenements purchased and the sum paid thereof to be tendered to the purchaser. Upon confirmation of said sale by the Court, the holder of said Certificate of Sale shall be entitled to a deed for said premises.

DATED at Springfield, Illinois, this 14th day of June 2007
s/Steven D. Deatherage
STEVEN D. DEATHERAGE
UNITED STATES MARSHAL
CENTRAL DISTRICT OF ILLINOIS