UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 06-2027 |
| CAROL A. JOHNSON and IRWIN UNION BANK AND TRUST, | ) |
| Defendants. | ) |

## UNITED STATES MARSHAL'S CERTIFICATE OF PURCHASE

    I, STEVEN D. DEATHERAGE, the United States Marshal for the Central District of Illinois, do hereby certify that in pursuance of Notice duly given by virtue of the Judgment of Foreclosure made in this cause on May 25, 2007, I, the undersigned, on the 9th day of August 2007, at 10:00 A.M., did offer for sale subject to confirmation by this Court at public auction to the highest and best bidder for cash, at the front door of the Courthouse in Ford County, Paxton, Illinois, the lands and premises described in said Decree and that LARRY L. SCHAEFER, having bid therefore the sum of SEVENTEEN THOUSAND FOUR HUNDRED ONE DOLLARS ($17,401.00) and the said bid being the highest and best bid offered for said premises at the said sale, I accordingly struck off and sold to the said bidder for the said sum so bid the said premises, which are situated in the County of Ford, Illinois, and described as follows, to-wit:

> Lot One (1) in Block Five (5) in Land Company's Addition to Gibson, situated in the City of Gibson, County of Ford and State of Illinois,

together with all buildings and improvements thereon and the tenements, appurtenances and hereditaments thereunto belonging, subject to the general taxes for the years 2006 and thereafter, which are a lien, and any special assessments or special taxes levied or assessed against the said real estate and easements and restrictions of record.

    Said purchaser will be entitled to a deed to said premises upon confirmation of said sale.

    WITNESS my hand this 9th day of August 2007.

                              s/Steven D. Deatherage
                              STEVEN D. DEATHERAGE
                              CENTRAL DISTRICT OF ILLINOIS

STATE OF ILLINOIS    )
                     ) SS:
COUNTY OF PEORIA     )

### ACKNOWLEDGMENT

    On this 9th day of August 2007, before me, Clerk of the United States District Court for the Central District of Illinois, the undersigned, personally appeared STEVEN D. DEATHERAGE, known to me to be the United States Marshal for the said Central District of Illinois, and the person whose name is subscribed to the within and foregoing instrument, and acknowledged that he executed the same as the United States Marshal as aforesaid as and for the purposes therein set forth.

                                JOHN M. WATERS
                                Clerk of the U.S. District Court


                                s/H. Kallister
                                Deputy Clerk


This instrument was prepared by David H. Hoff, Assistant United States Attorney, Suite 226, 201 S. Vine Street, Urbana, IL 61802.


Send Tax Statement to Larry L. Shaefer, 12624 N. 4000 E. Road, Saybrook, IL 61770.