UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 06-2027 |
| CAROL A. JOHNSON and IRWIN UNION BANK AND TRUST, | ) |
| Defendants. | ) |

NOTICE OF HEARING

    PLEASE TAKE NOTICE that we will appear on the 12th day of October 2007, at 1:15 P.M., or as soon thereafter as the matter may be heard, before the Honorable Michael P. McCuskey, in the United States District Court, Court Room A, 201 S. Vine Street, Urbana, Illinois, and will call for hearing on United States Marshal's Report of Sale, a copy of which is attached hereto, and you may be present at said time if you so desire.

    DATED this 24th day September 2007.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

BY:   s/David H. Hoff
        DAVID H. HOFF, Bar No. 1234027
        Assistant United States Attorney
        Attorney for Plaintiff
        U.S. Attorney's Office
        201 S. Vine Street, Suite 226
        Urbana, Illinois 61802
        Ph.:  217/373-5875
        Fax: 217/373-5891
        david.hoff@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 24th day of September 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    Larry L. Schaefer
    12624 N. 4000 E. Road
    Saybrook, IL 61770

    Irwin Union Bank and Trust Company
    1717 E. College Parkway
    Carson City, NV 89706

                              s/ David H. Hoff
                              DAVID H. HOFF, Bar No. 1234072
                              Assistant United States Attorney
                              201 S. Vine Street, Suite 226
                              Urbana, Illinois 61802
                              Phone:  217/373-5875
                              Fax: 217/373-5891
                              david.hoff@usdoj.gov