E-FILED
Friday, 14 December, 2007  10:13:45 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 06-2027 |
| CAROL A. JOHNSON and IRWIN UNION BANK AND TRUST, | ) |
| Defendants. | ) |

### RELEASE OF NOTICE OF FORECLOSURE

  Release is hereby given of the Notice of Foreclosure filed in the United States District Court, Central District of Illinois, on February 8, 2006, and recorded in the Recorder's Office in Ford County, on February 8, 2006, as Document No. 235159, which Notice of Foreclosure stated as follows:

  The undersigned certifies that the above entitled mortgage foreclosure action was filed on February 7, 2006, and is now pending.

  (i)  The names of all plaintiffs and the case number are identified above.

  (ii)  The court in which said action was brought is identified above.

  (iii)  The name of the title holder of record is: CAROL A. JOHNSON

  (iv)  A legal description of the real estate sufficient to identify it with reasonable certainty is as follows:

> Lot One (1) in Block Five (5) in Land Company's Addition to Gibson, situated in the City of Gibson, County of Ford and State of Illinois.

  (v)  A common address or description of the location of the real estate is as follows:

> 201 S. Melvin, Gibson City, Illinois

  (vi)  An identification of the mortgage sought to be foreclosed is as follows:

| | |
|---|---|
| Name of Mortgagor: | CAROL A. JOHNSON and KEVIN E. JOHNSON |
| Name of mortgagee: | United States of America acting through United States Department of Agriculture |

Date of mortgage: January 5, 1999

Date of recording: January 5, 1999

County where recorded: Ford County, Illinois

Recording document identification: Doc. No. 211028

>Respectfully submitted,
>
>RODGER A. HEATON
>UNITED STATES ATTORNEY
>
>BY: s/David H. Hoff
>DAVID H. HOFF, Bar No. IL 1234072
>United States Attorney
>201 S. Vine St., Suite 226
>Urbana, IL 61802
>Phone: 217/373-5875
>Fax: 217/373-5891
>david.hoff@usdoj.gov

This instrument was prepared by David H. Hoff, Assistant United States Attorney, 201 S. Vine, Urbana, IL 61802.